UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2041

CHRISTOS D. DEDES,

Plaintiff - Appellant,

versus

VIRGINIA STATE BAR; JANE ALLEN FLETCHER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (MISC 98-11-3)

Submitted: January 21, 1999          Decided: February 3, 1999

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Christos D. Dedes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christos D. Dedes appeals the district court's order dismissing this action for failure to comply with a prefiling injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. See Dedes v. Virginia State Bar, No. MISC 98-11-3 (E.D. Va. July 16, 1998).[*] We deny leave to appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on July 2, 1998, the district court's records show that it was entered on the docket sheet on July 16, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).